# United States Court of Appeals
## For the First Circuit

No. 14-1414

AARON SARNACKI,
derivatively on behalf of Smith & Wesson Holding Corporation,

Plaintiff, Appellant,

v.

MICHAEL F. GOLDEN; JOHN A. KELLY; BARRY M. MONHEIT; KENNETH W. CHANDLER; JOHN B. FURMAN; I. MARIE WADECKI; JEFFREY D. BUCHANAN; ROBERT L. SCOTT; MITCHELL A. SALTZ; COLTON R. MELBY; ANN B. MAKKIYA; LELAND A. NICHOLS; THOMAS L. TAYLOR; SMITH & WESSON HOLDING CORPORATION,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on February 4, 2015, is amended as follows:

On page 8, line 17, "Booth, 640 F.3d" is changed to "id.".

On page 9, line 24, "members'" is changed to "member's".

On page 21, line 14, "aff'd" is changed to "aff'd,".

On page 22, lines 7 and 8, "it" and "its" are changed to "he" and "his".